1  ~~LAW OFFICES OF BILL LATOUR~~
2  ~~BILL LATOUR [CSBN: 169758]~~
   ~~1420 E. Cooley Dr., Suite 100~~
3  ~~Colton, California 92324~~
4  ~~Telephone: (909) 796-4560~~
   ~~Facsimile: (909) 796-3402~~
5  ~~E-Mail: fed.latour@yahoo.com~~
6
7  ~~Attorney for Plaintiff~~

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 2 6 2012

CENTRAL DISTRICT OF CALIFORNIA
BY shy          DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARCUS JARAMILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner Of Social Security,<br><br>    Defendant. | No. EDCV 12-00277 AN<br><br>~~[PROPOSED]~~ ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND THREE HUNDRED THIRTY THREE DOLLARS AND 27/100 ($1,333.27) subject to the terms of the stipulation.

/s/ Arthur Nakazato

DATE: December 26, 2012    _____

HON. ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE